Supreme Court

**In the Matter of Gerard H. Donley.**

**No. 2013-229-M.P.**

**O R D E R**

Gerard H. Donley (Donley) is a member of the Rhode Island Bar.  On June 13, 2013, he was found guilty after trial by jury of the following felony criminal charges:  count 1, obstruction of the judicial system, in violation of G.L. 1956 § 11-32-3; count 2, conspiracy, in violation of G.L. 1956 § 11-1-6; count 3, bribery of witness, in violation of G.L. 1956 § 11-7-11; and count 4, conspiracy, in violation of § 11-1-6.  He is scheduled to be sentenced on August 30, 2013.

On July 17, 2013, Donley submitted an affidavit to this Court's Disciplinary Counsel voluntarily requesting that his license to practice law in this state be suspended pending the resolution of any final appeal he may take once the judgment of conviction is entered.  Disciplinary Counsel has forwarded Donley's affidavit to this Court.

After review of the affidavit we deem it appropriate to suspend Donley from the practice of law until further order of this Court.  Accordingly, Gerard H. Donley is hereby suspended from the practice of law in this state, effective July 24, 2013.

Entered as an Order of this Court this 6th Day of August, 2013.

By Order,

_____/s/_____
Clerk



**TITLE OF CASE:**      In the Matter of Gerard H. Donley.

**CASE NO:**      No. 2013-229-M.P.

**COURT:**      Supreme Court

**DATE ORDER FILED:**      August 6, 2013

**JUSTICES:**      Suttell, C.J., Goldberg, Flaherty, Robinson, and Indeglia, JJ.

**WRITTEN BY:**      N/A – Court Order

**JUDGE FROM LOWER COURT**:

      N/A – Court Order

**ATTORNEYS ON APPEAL:**

      For Petitioner:   David Curtin, Esq.
                        Chief Disciplinary Counsel

      For Respondent:   Edward C. Roy, Jr., Esq.